AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2026

SEAN F. MCAVOY, CLERK

RONNI S.,

*Plaintiff*

v.

FRANK BISIGNANO,
Commissioner of Social Security,

*Defendant*

Civil Action No. 1:26-cv-3131-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ________ recover from the defendant *(name)* ________ the amount of ________ dollars ($ ______ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ________ recover costs from the plaintiff *(name)* ________ .

☑ other: The parties' Motion for a Stipulated Remand, ECF No. 10, is GRANTED.
This matter is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

❒ tried by a jury with Judge ________ presiding, and the jury has rendered a verdict.

❒ tried by Judge ________ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea

Date: November 20th, 2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*